# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theresa M. Lewis,

        Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:06cv343

United States of America

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/10/06 Order.

August 10, 2006

FRANK G. JOHNS, CLERK

BY: *(signature)*
Cynthia Huntley, Deputy Clerk